IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN, | No. 2:13-cv-2390-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW NANGALAMA, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for an extension of time (Doc. 42) to file objections to the court's September 13, 2017, findings and recommendations. Good cause appearing therefor, the request is granted. Objections may be filed within 14 days of the date of this order.

IT IS SO ORDERED.

DATED: October 19, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1